Case 1:05-cr-00239-AWI   Document 11   Filed 11/18/05   Page 1 of 2

QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HAROLD EUGENE SANBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00239 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| HAROLD EUGENE SANBORN, | ) ) | Date: December 5, 2005 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter scheduled for November 21, 2005 be continued to **December 5, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: November 16, 2005                    MCGREGOR W. SCOTT
                                               United States Attorney

5                                              By /s/ Marlon Cobar
                                               MARLON COBAR
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff

8  DATED:  November 16, 2005                   QUIN DENVIR
                                               Federal Defender

11                                             By /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
12                                             Attorney for Defendant

**O R D E R**

14  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
15  3161(h)(8)(A) and 3161(h)(B)(iv).

17  IT IS SO ORDERED.

18  **Dated:   November 16, 2005**              /s/ **Anthony W. Ishii**
    0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2