QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HAROLD EUGENE SANBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00239 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| HAROLD EUGENE SANBORN, | ) | |
| Defendant. | ) | Date:  January 3, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for December 5, 2005,  be continued to **January 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: November 30, 2005                MCGREGOR W. SCOTT
                                        United States Attorney


                                        By /s/ Marlon Cobar
                                        MARLON COBAR
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED:  November 30, 2005               QUIN DENVIR
                                        Federal Defender


                                        By  /s/ Mark A. Lizárraga
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
                                        Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   November 30, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing         2