1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  HAROLD EUGENE SANBORN

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:05-cr-00239 AWI
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; AND [PROPOSED]
13       v.                          )   ORDER THEREON
                                     )
14  HAROLD EUGENE SANBORN,           )
                                     )   Date:  January 23, 2006
15              Defendant.           )   Time:  9:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
16  _____)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

19  January 3, 2006,  be continued to **January  23, 2006 at 9:00 a.m.**

20       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2        DATED: December  28, 2005                    MCGREGOR W. SCOTT
                                                      United States Attorney
3

4

5                                              By /s/ Marlon Cobar
                                                  MARLON COBAR
6                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff
7

8        DATED:  December 28, 2005                    QUIN DENVIR
                                                      Federal Defender
9

10

11                                             By  /s/ Mark A. Lizárraga
                                                  MARK A. LIZÁRRAGA
                                                  Assistant Federal Defender
12                                                Attorney for Defendant

13
                                        **O R D E R**
14

15        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

16   3161(h)(8)(A) and 3161(h)(B)(iv).

     IT IS SO ORDERED.
17

     **Dated:    January 4, 2006**              _____ **/s/ Anthony W. Ishii** _____
18   0m8i78                                     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        2