PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **HAROLD EUGENE SANBORN** ) <br> ) | **Docket Number: 1:05CR00239-001** |

On April 17, 2006, the above-named was placed on Probation for a period of two (2) years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**Thomas A. Burgess
Senior United States Probation Officer**

Dated:   May 3, 2007
         Bakersfield, California

**REVIEWED BY:**   /s/ Rick C. Louviere
                  **Rick C. Louviere
                  Supervising United States Probation Officer**

**Re:  HAROLD EUGENE SANBORN**
  **Docket Number:   1:05CR00239-001**
  **ORDER TERMINATING PROBATION**
  **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   May 21, 2007**              /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE